USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DICKERSON ,**

                    **Plaintiff,**

-against-

**M.A.C. COSMETICS INC. ET AL,**

                    **Defendant.**

**20-cv-02474 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   October 4, 2020
             New York, New York

_____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**